IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TIMOTHY HANSEN,<br><br>           Plaintiff,<br><br>      v.<br><br>LT. JOHN BAXTER et al.,<br><br>           Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-226 CW<br><br>District Judge Clark Waddoups |

    Plaintiff, inmate Timothy Hansen, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the Amended Complaint under § 1915(e), in an Order dated October 15, 2012, the Court determined Plaintiff's Amended Complaint was deficient.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Plaintiff has not responded.  Indeed, the Court has not heard from Plaintiff since he filed his amended complaint on August 24, 2012.

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.  This case is **CLOSED.**

DATED this 12th day of December, 2012.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court